PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA

08 MAR 28 AM 11: 16

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Benjamin Van Horn

Docket # 4:98CR03089-001

On June 29, 1999, Benjamin Van Horn was sentenced to 87 months custody, followed by 60 months supervised release. The period of supervised release commenced February 18, 2005. Mr. Van Horn has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Benjamin Van Horn be discharged from supervision.

Respectfully submitted,

David E. Goering, Supervisor  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of March, 2008.

The Honorable Lyle E. Strom  
United States Senior District Judge